**DISMISS and Opinion Filed September 20, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-00644-CV**

**COVENANT CLEARINGHOUSE, LLC, Appellant**

**V.**

**HIGHLAND HOMES - DALLAS, LLC AND**
**BLUE STAR ALLEN LAND, L.P., Appellees**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-01504-2022**

## MEMORANDUM OPINION

Before Justices Goldstein, Garcia, and Miskel
Opinion by Justice Garcia

Before the Court is appellant's unopposed motion to dismiss the appeal. We

grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Dennise Garcia/
DENNISE GARCIA
JUSTICE

230644F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

COVENANT CLEARINGHOUSE, LLC, Appellant

No. 05-23-00644-CV V.

HIGHLAND HOMES - DALLAS, LLC AND BLUE STAR ALLEN LAND, L.P., Appellees

On Appeal from the 471st Judicial District Court, Collin County, Texas Trial Court Cause No. 471-01504-2022.
Opinion delivered by Justice Garcia. Justices Goldstein and Miskel participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees HIGHLAND HOMES - DALLAS, LLC AND BLUE STAR ALLEN LAND, L.P. recover their costs of this appeal from appellant COVENANT CLEARINGHOUSE, LLC.

Judgment entered September 20, 2023